# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MORALES ANCHONDO,<br><br>             Petitioner,<br><br>     v.<br><br>A. HEDGPETH, Warden,<br><br>             Respondent. | 1:08-cv-00813 AWI SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING RESPONDENT'S MOTION TO DISMISS, AND DISMISSING PETITION WITH PREJUDICE<br><br>[Doc. 15] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 10, 2008, the Magistrate Judge issued a Findings and Recommendation that the Motion to Dismiss be GRANTED, and the petition be dismissed with prejudice as untimely. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued October 10, 2008, is ADOPTED IN FULL;

2.	The Motion to Dismiss is GRANTED;

3.	The Petition for Writ of Habeas Corpus is DISMISSED with prejudice; and

4.	The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:     December 15, 2008**                    **/s/ Anthony W. Ishii**
                                                     CHIEF UNITED STATES DISTRICT JUDGE